■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANE R. DUNNING, Appellant. [934 NYS2d 733]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, William F. Kocher, J—Driving while Intoxicated). Present—Scudder, P.J., Carni, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIC HARRIS, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [934 NYS2d 733]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Wyoming County, Mark H. Dadd, J.—Habeas Corpus). Present—Scudder, P.J., Carni, Lindley and Martoche, JJ.